IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | |
| ) | No. 4:09 CR 199-1 |
| ) | |
| PEDRO MUNIZ, ) | TIME SENSITIVE COVID-19 |
| ) | SUPPLEMENTAL FILING |
| Defendant ) | |

Pedro Muniz, by his counsel, files this Time-Sensitive COVID-19 Supplemental Filing and states as follows:

As has been documented in our October 17, 2019 motion, Mr. Muniz's health is extremely fragile. Due to the COVID-19 pandemic, we are concerned that when such a virus spreads to FMC Butner, North Carolina, where he is incarcerated, it will be a death sentence for Pedro Muniz. Because there are already sufficient reasons to release him, this crisis gives the Court further reasons to grant his motion for compassionate release. Jail systems, including in Ohio and Los Angeles are releasing inmates in order to relieve the stress that is to come.[1]

The New York Times has explained that jails are a much more dangerous place to be than a cruise ship.[2] Soap and hand sanitizer[3] is only available if one can purchase it from commissary.

---

[1] See "Cities in the US move to lower inmate populations as coronavirus fears grow," CNN, published March 16, 2020 (available at: https://www.cnn.com/2020/03/16/us/inmates-released-jail-coronavirus-trnd/index.html)

[2] See "An Epicenter of the Pandemic Will be Jails and Prisons, if Inaction Continues," The New York Times, March 16, 2020 (available at:
https://www.nytimes.com/2020/03/16/opinion/coronavirus-in-jails.html).

[3] Only non-alcohol based hand sanitizers are generally available in prisons. Non-alcohol based hand sanitizers is not what the Center for Disease control recommends. See "Soap and sanitizer can keep coronavirus at bay, but many prisoners can't get them," USA Today, March 7, 2020 (available at:
https://www.usatoday.com/story/news/investigations/2020/03/07/prison-policies-inmates-best-coronavirus-practices/4978412002/)

1

Not only would it be humane and compassionate to release Pedro Muniz, it would relieve resources that are used to care for Mr. Muniz for when this pandemic enters his prison. Finally, as of March 20, 2020, with BOP good time, he will have served almost 151 months, or 80% of his sentence of 188 months.

Respectfully submitted,

/s/ James B. Craven III
James B. Craven III
NC State Bar 997
Attorney for the Defendant Pedro Muniz
P.O. Box 1366
Durham, NC 27702
(919)688-8295
JBC64@MINDSPRING.COM

AND

/s/ M. Andres Sanchez-Ross
M. Andres Sanchez-Ross
Attorney for the Defendant
Parker & Sanchez
700 Louisiana Street-Suite 2700
Houston, TX 77002
(713)659-7200
Andres@parkersanchez.com

CERTIFICATE OF SERVICE

On the day of filing a true and correct copy of this filing was served on the all attorneys of record in this matter through the ECF system.

/s/ M. Andres Sanchez-Ross
M. Andres Sanchez-Ross